WEIMER, J.,
additionally concurring.
_LJ concur. However, I write separately to note my concern with the delays that could inure to the blameless child and the receipt of necessary support while paternity issues are litigated in the enforcement proceeding. I share the State’s concern that the assertion of the legal father’s defense and the joinder of the biological father might redound to the child’s detriment by creating delays in the receipt of necessary support. In my view, child support should not be postponed while the issues arising from dual paternity are resolved. These issues, which are essentially confined to the legal and biological fathers, should not be resolved at the expense of the child. Rather, to the extent permissible, sufficient child support should be ordered immediately, with any reimbursement issues to be resolved at the conclusion of litigation.